Affirmed and Majority and Concurring Opinions filed September 23, 2003









Affirmed and Majority and Concurring Opinions filed
September 23, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

 NO. 14-02-01066-CR


NO. 14-02-01067-CR

____________

 

DWAYNE ANDRE TYSON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 337th District Court

Harris County, Texas

Trial Court Cause Nos. 906,328 & 906,329

 



 

C
O N C U R R I N G  
M E M O R A N D U M   O P I N I O
N

Believing
appellant=s objection was too vague to
preserve error for our review, I respectfully concur in the judgment.

 

/s/        J.
Harvey Hudson

Justice

Judgment rendered and Majority and
Concurring Opinions filed September 23, 2003.

Panel consists of Chief Justice Brister
and Justices Hudson and Fowler.

Do Not Publish C
Tex. R. App. P. 47.2(b).